**Electronically Filed
Supreme Court
SCWC-11-0000625
03-JAN-2013
01:05 PM**

SCWC-11-0000625

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SIERRA CLUB, Petitioner/Appellant-Appellee,

vs.

CASTLE & COOKE HOMES HAWAII, INC.; and THE LAND USE COMMISSION
OF THE STATE OF HAWAIʻI, Respondents/Appellees-Appellants,

and

OFFICE OF PLANNING, STATE OF HAWAIʻI; DEPARTMENT OF
PLANNING AND PERMITTING; and NEIGHBORHOOD BOARD NO. 25,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000625;[1] CIVIL NO. 10-1-2424-11)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Appellant-Appellee Sierra Club's application
for writ of certiorari filed on November 21, 2012, is hereby
accepted and will be scheduled for oral argument.  The parties
will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, January 3, 2013.

| | |
|---|---|
| Robert D. Harris for petitioner | /s/ Mark E. Recktenwald |
| Benjamin M. Matsubara, Curtis T. Tabata and Wyeth M. Matsubara for respondent Castle & Cooke | /s/ Paula A. Nakayama<br>/s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| Marissa H.I. Luning for respondent Land Use Commission | /s/ Richard W. Pollack |



---

[1]     CAAP-11-0000627, CAAP-11-0000730, and CAAP-11-0000744 were
consolidated with CAAP-11-0000625 on November 16, 2011.